**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Paul D. Laney,<br><br>    Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC<br>and NewRez LLC dba Shellpoint<br>Mortgage Servicing,<br><br>    Defendants. | Civil Action File No.:<br>1:24-cv-01702-JPB-JCF |

## NOTICE OF VOLUNTARY DISMISSAL AS TO NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING, ONLY

Plaintiff, Paul D. Laney, by and through undersigned counsel, hereby dismisses this action against Defendant, NewRez LLC dba Shellpoint Mortgage Servicing, **without prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 24th day of June, 2024.

                              **BERRY & ASSOCIATES**

                              */s/ Matthew T. Berry*
                              Matthew T. Berry
                              Georgia Bar No.: 055663
                              matt@mattberry.com
                              Telephone: (404) 235-3334
                              2751 Buford Highway, Suite 600
                              Atlanta, GA 30324

1

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on NewRez LLC dba Shellpoint Mortgage Servicing, with adequate postage affixed thereto and addressed as follows:

Colleen Fox, Esq.
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, D.C. 20006-3606

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*